```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21940
   RAE C WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4635

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/02/2005 and was confirmed 07/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
REGIONS MORTGAGE           CURRENT MORTG   44705.26         .00       44705.26
REGIONS MORTGAGE           MORTGAGE ARRE   35219.10         .00       27277.16
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED        .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     210.00         .00         210.00
ASSET ACCEPTANCE CORP      FILED LATE       1802.77         .00            .00
ASSET ACCEPTANCE CORP      FILED LATE       2613.40         .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      2,700.00                  2,700.00
TOM VAUGHN                 TRUSTEE                                    4,200.91
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  79,093.33

PRIORITY                                        210.00
SECURED                                      71,982.42
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          4,200.91
DEBTOR REFUND                                      .00
                        ---------------     ---------------
TOTALS                   79,093.33           79,093.33
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 21940 RAE C WILLIAMS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                                        PAGE   2
CASE NO. 05 B 21940 RAE C WILLIAMS